1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  STEPHEN G. CORRIGAN (MABN 100560)
   Assistant United States Attorney
5
       1301 Clay Street Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3701
7      FAX: (510) 637-3724
       Email: stephen.corrigan@usdoj.gov
8
9  Attorneys for the United States
10

11                          UNITED STATES DISTRICT COURT
12                         NORTHERN DISTRICT OF CALIFORNIA
13                                 OAKLAND DIVISION

14 UNITED STATES OF AMERICA,         )   No. 4:12-MJ-70017 DMR
                                     )
15         Plaintiff,                )
                                     )
16                                   )   STIPULATION AND [PROPOSED]
                                     )   ORDER TO CONTINUE APPEARANCE
17   v.                              )   DATE AND EXCLUDING TIME UNDER
                                     )   THE SPEEDY TRIAL ACT
   DARIUS WILLIAM LI CHUNG,          )
18                                   )
           Defendant.                )
19 _____    )

20

21     The parties, through counsel of record, stipulate and agree to continue the March 23,

22 2012, 9:30 a.m. appearance of defendant Chung before this court to April 25, 2012, at 9:30 a.m.

23 The continuance is requested to provide additional time for the Rule 20 transfer of the case filed

24 //
25 //
26 //
27 //
28 //

STIPULATION AND [PROPOSED] ORDER
CONTINUANCE APPEARANCE DATE
CR 12-70017 DMR

1  in the Northern District of Alabama to this District.

3  **SO STIPULATED.**

5  DATED: March 29, 2012                    Respectfully submitted,

6                                           MELINDA HAAG
                                            United States Attorney

8                                           _____/s/_____
                                            STEPHEN G. CORRIGAN
9                                           Assistant United States Attorney

11 DATED: March 29, 2012                    _____/s/_____
                                            AUSTIN M. THOMPSON
12                                          Counsel for Darius William Li Chung

15 **SO ORDERED.**

17 DATED: March  29 , 2012                  _____
                                            DONNA M. RYU
18                                          United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CONTINUANCE APPEARANCE DATE
CR 12-70017 DMR                   2